IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: **2:11-0037** |
| | ) |
| vs. | ) |
| | ) **NOTICE OF ENHANCED PENALTY** |
| **RAYNARD D. WILLIAMS** | ) |

The United States of America by and through its undersigned Assistant United States Attorney, files this Notice of Enhanced Penalty thereby notifying the defendant, **RAYNARD D. WILLIAMS**, that he is subject to increased penalties provided by Title 21, United States Code, Section 851, based upon the following convictions:

1. *Possession with Intent to Distribute Cocaine*: Charleston County General Sessions Court; Indictment No. 2003-GS-10-5432; Warrant No. H394602; Offense Date 6/18/2003; Conviction Date 7/28/2003.

2. *Possession with Intent to Distribute Cocaine Within Proximity of a School*: Charleston County General Sessions Court; Indictment No. 2003-GS-10-5433; Warrant No. H394603; Offense Date 6/18/2003;   Conviction Date 7/28/2003.

3. *Possession of Cocaine Base*: Charleston County General Sessions Court; Indictment No. 2005-GS-10-1827; Warrant No. H864315; Offense Date 10/31/2004; Conviction Date 2/30/2005.

4. *Possession with Intent to Distribute Cocaine* Base: Charleston County General Sessions Court; Indictment No. 2005-GS-10-2800; Warrant No. H863195; Offense Date 1/5/2005; Conviction Date 6/30/2005.

[signature block on next page]

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY


By:     s/ Nick Bianchi
        Nick Bianchi
        Assistant United States Attorney

Charleston, SC
May 2, 2011

### CERTIFICATE OF SERVICE

As attorney of record I have caused Barbara J. Friedrichs, Legal Assistant, to serve a copy of the **NOTICE OF EHNANCED PENALTY**, in the above-captioned case, via the court's e-noticing system, but if that means failed, then by regular mail on all parties of record.

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

BY:     *S/ Nick Bianchi*
        Nick Bianci
        Assistant U.S. Attorney